JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/23/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CABALLERO,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 2:15-CV-5753-MWF-MRW<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

    Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:15-CV-5753-MWF-MRW, is dismissed in its entirety as to all defendants, with prejudice.

    IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: October 23, 2015

                                          Hon. Michael W. Fitzgerald
                                          United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

145720.1

1

Case No. 2:15-CV-5753-MWF-MRW
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE